EXHIBIT A

| | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Personal Income:** | | | | | | | | | | | | |
| Net Wages for Carlos Moreno | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 |
| Spouses Pension Income | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 |
| **Total Personal Income** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** |
| **Personal Expenses:** | | | | | | | | | | | | |
| Leases/House Payments | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 |
| Utilities | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 |
| Home Maintenance (repairs and upkeep) | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Food | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Clothing | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Laundry and dry cleaning | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Medical and dental expenses | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Gas and Car Repairs | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Recreation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Homeowner's or renters | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 |
| Insurance | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Direct TV | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Personal Grooming | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 |
| Vehichle Payment | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 |
| **Total Personal Expenses:** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** |
| **Patriot Business Income:** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** |
| **Patriot Business Expenses:** | | | | | | | | | | | | |
| Bank Fees and Charges | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Utilities | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Contract Labor/Wages | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 |
| Travel and Meals | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 |
| Office Supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Parking and Tolls | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Professional Fees | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Taxes medicare and social security deductions | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 |
| Rent | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| **Total Business Expenses:** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** |
| **Moreno's Net Income** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** |
| **Moreno's Plan Payments:** | | | | | | | | | | | | |
| Internal Revenue Service | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 |
| Unsecured Creditors | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Moreno Total Plan Payments** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** |
| **Patriot's Net Income:** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** |
| **Patriot Plan Payments:** | | | | | | | | | | | | |
| Dallas County | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 |
| Texas Comptroller | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 |
| United Healthcare | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 |
| Internal Revenue Service | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 |
| Unsecured Creditors | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Total Patriot Plan Payments** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** |

EXHIBIT A

| | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Personal Income:** | | | | | | | | | | | | |
| Net Wages for Carlos Moreno | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 |
| Spouses Pension Income | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 |
| **Total Personal Income** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** |
| **Personal Expenses:** | | | | | | | | | | | | |
| Leases/House Payments | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 |
| Utilities | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 |
| Home Maintenance (repairs and upkeep) | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Food | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Clothing | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Laundry and dry cleaning | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Medical and dental expenses | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Gas and Car Repairs | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Recreation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Homeowner's or renters | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 |
| Insurance | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Direct TV | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Personal Grooming | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 |
| Vehichle Payment | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 |
| **Total Personal Expenses:** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** |
| **Patriot Business Income:** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** |
| **Patriot Business Expenses:** | | | | | | | | | | | | |
| Bank Fees and Charges | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Utilities | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Contract Labor/Wages | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 |
| Travel and Meals | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 |
| Office Supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Parking and Tolls | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Professional Fees | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Taxes medicare and social security deductions | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 |
| Rent | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| **Total Business Expenses:** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** |
| **Moreno's Net Income** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** |
| **Moreno's Plan Payments:** | | | | | | | | | | | | |
| Internal Revenue Service | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 |
| Unsecured Creditors | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Moreno Total Plan Payments** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** |
| **Patriot's Net Income:** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** |
| **Patriot Plan Payments:** | | | | | | | | | | | | |
| Dallas County | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 |
| Texas Comptroller | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 |
| United Healthcare | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 |
| Internal Revenue Service | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 |
| Unsecured Creditors | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Total Patriot Plan Payments** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** |

EXHIBIT A

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Personal Income:** | | | | | | | | | | | | |
| Net Wages for Carlos Moreno | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 |
| Spouses Pension Income | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 |
| **Total Personal Income** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** |
| | | | | | | | | | | | | |
| **Personal Expenses:** | | | | | | | | | | | | |
| Leases/House Payments | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 |
| Utilities | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 |
| Home Maintenance (repairs and upkeep) | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Food | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Clothing | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Laundry and dry cleaning | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Medical and dental expenses | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Gas and Car Repairs | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Recreation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Homeowner's or renters | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 |
| Insurance | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Direct TV | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Personal Grooming | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 |
| Vehichle Payment | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 |
| **Total Personal Expenses:** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** |
| | | | | | | | | | | | | |
| **Patriot Business Income:** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** |
| | | | | | | | | | | | | |
| **Patriot Business Expenses:** | | | | | | | | | | | | |
| Bank Fees and Charges | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Utilities | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Contract Labor/Wages | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 |
| Travel and Meals | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 |
| Office Supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Parking and Tolls | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Professional Fees | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Taxes medicare and social security deductions | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 |
| Rent | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| **Total Business Expenses:** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** |
| | | | | | | | | | | | | |
| **Moreno's Net Income** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** |
| | | | | | | | | | | | | |
| **Moreno's Plan Payments:** | | | | | | | | | | | | |
| Internal Revenue Service | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 |
| Unsecured Creditors | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Moreno Total Plan Payments** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** |
| | | | | | | | | | | | | |
| **Patriot's Net Income:** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** |
| | | | | | | | | | | | | |
| **Patriot Plan Payments:** | | | | | | | | | | | | |
| Dallas County | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 |
| Texas Comptroller | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 |
| United Healthcare | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 |
| Internal Revenue Service | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 |
| Unsecured Creditors | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Total Patriot Plan Payments** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** |

EXHIBIT A

| | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Personal Income:** | | | | | | | | | | | | |
| Net Wages for Carlos Moreno | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 |
| Spouses Pension Income | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 |
| **Total Personal Income** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** |
| **Personal Expenses:** | | | | | | | | | | | | |
| Leases/House Payments | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 |
| Utilities | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 |
| Home Maintenance (repairs and upkeep) | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Food | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Clothing | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Laundry and dry cleaning | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Medical and dental expenses | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Gas and Car Repairs | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Recreation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Homeowner's or renters | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 |
| Insurance | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Direct TV | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Personal Grooming | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 |
| Vehichle Payment | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 |
| **Total Personal Expenses:** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** |
| **Patriot Business Income:** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** |
| **Patriot Business Expenses:** | | | | | | | | | | | | |
| Bank Fees and Charges | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Utilities | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Contract Labor/Wages | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 |
| Travel and Meals | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 |
| Office Supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Parking and Tolls | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Professional Fees | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Taxes medicare and social security deductions | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 |
| Rent | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| **Total Business Expenses:** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** |
| **Moreno's Net Income** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** |
| **Moreno's Plan Payments:** | | | | | | | | | | | | |
| Internal Revenue Service | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 |
| Unsecured Creditors | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Moreno Total Plan Payments** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** |
| **Patriot's Net Income:** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** |
| **Patriot Plan Payments:** | | | | | | | | | | | | |
| Dallas County | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 |
| Texas Comptroller | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 |
| United Healthcare | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 |
| Internal Revenue Service | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 |
| Unsecured Creditors | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Total Patriot Plan Payments** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** |

EXHIBIT A

| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Personal Income:** | | | | | | | | | | | | |
| Net Wages for Carlos Moreno | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 | $9,400.00 |
| Spouses Pension Income | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 | $1,401.00 |
| **Total Personal Income** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** | **$10,801.00** |
| **Personal Expenses:** | | | | | | | | | | | | |
| Leases/House Payments | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 | $4,013.00 |
| Utilities | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 | $950.00 |
| Home Maintenance (repairs and upkeep) | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Food | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Clothing | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Laundry and dry cleaning | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Medical and dental expenses | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Gas and Car Repairs | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Recreation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Homeowner's or renters | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 |
| Insurance | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Direct TV | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Personal Grooming | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 | $83.00 |
| Vehicle Payment | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 | $775.00 |
| **Total Personal Expenses:** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** | **$8,456.00** |
| **Patriot Business Income:** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** | **$25,650.00** |
| **Patriot Business Expenses:** | | | | | | | | | | | | |
| Bank Fees and Charges | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Utilities | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Contract Labor/Wages | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 | $15,110.00 |
| Travel and Meals | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 | $620.00 |
| Office Supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Parking and Tolls | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Professional Fees | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Taxes medicare and social security deductions | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 | $2,435.00 |
| Rent | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| **Total Business Expenses:** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** | **$22,915.00** |
| **Moreno's Net Income** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** | **$2,345.00** |
| **Moreno's Plan Payments:** | | | | | | | | | | | | |
| Internal Revenue Service | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 |
| Unsecured Creditors | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Moreno Total Plan Payments** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** | **$2,343.33** |
| **Patriot's Net Income:** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** | **$2,735.00** |
| **Patriot Plan Payments:** | | | | | | | | | | | | |
| Dallas County | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 | $67.00 |
| Texas Comptroller | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 | $271.20 |
| United Healthcare | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 | $52.00 |
| Internal Revenue Service | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 | $2,260.00 |
| Unsecured Creditors | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Total Patriot Plan Payments** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** | **$2,733.53** |